**RECEIVED**

'05 AUG 8 P 1: 22

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARY COPE,                )<br>                                       )<br>            Plaintiff,          )<br>                                       )<br> vs.                                  )<br>                                       )<br> AMERICAN INTERNATIONAL GROUP, )<br> INC.; AMERICAN GENERAL )<br> CORPORATION; AMERICAN GENERAL )<br> FINANCE, INC.; CREDIT CENTERS, INC., )<br> d/b/a AMERICAN GENERAL FINANCE, )<br> INC.; MERIT LIFE INSURANCE )<br> COMPANY; YOSEMITE INSURANCE )<br> COMPANY; KATHIE ROWELL; and )<br> Fictitious Defendants "A", "B", and "C", )<br> whether singular or plural, those other persons, )<br> corporations, firms, or other entities whose )<br> wrongful conduct caused the injuries and )<br> damages to the Plaintiff, all of whose true and )<br> correct names are unknown to Plaintiffs at this )<br> time, but will be substituted by amendment )<br> when ascertained, )<br>                                       )<br>            Defendants.     ) | CIVIL ACTION NO.: CV-05-CV751-W |

## SPECIAL APPEARANCE - JOINDER AND CONSENT TO REMOVAL

Defendants American International Group, Inc. ("AIG") and American General Corporation ("AGC"), making a special appearance by and through their counsel of record, appear solely for the purpose of joining in and consenting to the removal of this action to the United States District Court for the Middle District of Alabama, Eastern Division. In so doing, AIG and AGC do not waive and specifically preserve their defense of lack of personal jurisdiction, as well as other defenses pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
Jeffrey M. Grantham (ASB-4866-M66J)
John Thomas A. Malatesta, III (ASB-4646-O70M)
Attorneys for Defendants American International
Group, Inc. and American General Corporation

01214899.1

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
205-254-1000
205-254-1999 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by U. S. Mail, postage prepaid, on this the 8th day of August, 2005:

C. Lance Gould, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36104

David Alan Elliott, Esq.
BURR & FORMAN LLP
SouthTrust Tower, Suite 3100
420 – 20th Street, North
Birmingham, AL 35203

_____
OF COUNSEL

01214899.1