RECEIVED

2005 AUG  8  P 4: 22

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MARY COPE,                                        )
                                                  )
                                                  )
                Plaintiff,                        )
                                                  )
v.                                                )
                                                  )
AMERICAN INTERNATIONAL GROUP, INC.;               )
AMERICAN GENERAL CORPORATION;                     )
AMERICAN GENERAL FINANCE, INC.;                   )
AMERICAN GENERAL FINANCIAL                        )
SERVICES OF ALABAMA, INC.; MERIT LIFE             )
INSURANCE COMPANY; YOSEMITE                       )    CIVIL ACTION NO. 3:05-CV-0751-W
INSURANCE COMPANY; KATHIE ROWELL;                 )
and Fictitious Defendants "A", "B", and "C",      )
whether singular or plural, those other persons,  )
corporations, firms, or other entities whose      )
wrongful conduct caused the injuries and          )
damages to the Plaintiff, all of whose true and   )
correct names are unknown to Plaintiffs at this   )
time, but will be substituted by amendment when   )
ascertained,                                      )
                                                  )
                                                  )
                Defendants.                       )

## STATEMENT IN COMPLIANCE WITH FRCP 7.1

COME NOW defendants American General Financial Services of Alabama, Inc.

("AGFSI") (improperly designated as American General Finance Inc. in the complaint), on

behalf of itself and as successor to American General Finance, Inc., Merit Life Insurance

Company ("Merit"), and Yosemite Insurance Company ("Yosemite") (collectively referred to as

"Defendants"), and hereby submit this statement in compliance with Federal Rules of Civil

Procedure Rule 7.1. In support thereof, Defendants state as follows:

1378477

Defendants American General Financial Services, Inc., a Delaware corporation, Merit Life Insurance Co., an Indiana corporation, and Yosemite Insurance Company, an Indiana corporation, are not publicly traded, and each is wholly-owned by American General Finance Corporation, an Indiana corporation. American General Finance Corporation is not publicly traded and is wholly-owned by American General Finance, Inc., an Indiana corporation. American General Finance, Inc. is also not publicly traded, and is a wholly-owned subsidiary of American General Corporation, a Texas corporation. American General Corporation is not publicly traded, and is a wholly-owned subsidiary of American International Group, Inc., a Delaware corporation. American International Group, Inc. is a publicly traded corporation.

Respectfully submitted,

Robert H. Rutherford (RUT002)
David A. Elliott (ELL027)
Matthew T. Mitchell (MIT050)

Attorneys for Defendants

**OF COUNSEL:**

**BURR & FORMAN LLP**
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1378477                                              2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Statement in Compliance with FRCP 7.1 was served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the _____ 8th _____ day of August, 2005.

C. Lance Gould
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
272 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555

_____
OF COUNSEL