**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

August 18, 2005

# NOTICE OF REASSIGNMENT

Re:   Mary Cope v. American International Group, et al.
      Civil Action No. #3:05-cv-00751-SRW

The above-styled case has been reassigned to Judge W. Harold Albrittion, III.

Please note that the case number is now #3:05-cv-00751-WHA-SRW. This new case number should be used on all future correspondence and pleadings in this action.