IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MARY COPE,                              )
                                        )
       Plaintiff,                       )
                                        )
v.                                      )      CIVIL ACTION NO. 3:05cv751-A
                                        )
AMERICAN INTERNATIONAL GROUP,           )
INC., et al.,                           )
                                        )
       Defendants.                      )

## ORDER

Upon consideration of Plaintiff's Motion to Remand (Doc. #13), filed on August 29, 2005, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before September 20**, **2005** why the motion should not be granted. The Plaintiff shall have **until September 27, 2005** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 30th day of August, 2005.

                                            /s/ W. Harold Albritton
                                            W. HAROLD ALBRITTON
                                            SENIOR UNITED STATES DISTRICT JUDGE