IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARY COPE, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *CIVIL CASE NO. 3:05-cv-00751-SRW |
| | * |
| AMERICAN INTERNATIONAL | * |
| GROUP, INC; et al., | * |
| | * |
| Defendants. | * |

### PLAINTIFF'S MOTION TO STAY DEFENDANTS' MOTION TO DISMISS

Comes now, Plaintiff in response to the Court's August 16, 2005 Order for Plaintiff to respond to Defendants' Motion to Dismiss and files this Motion to Stay Defendants' Motion to Dismiss and files a Motion to Remand. Plaintiff moves this Honorable Court to stay any action to Defendants American International Group, Inc. ("AIG") and American General Corporation's ("AGC") Motion to Dismiss pending the outcome of the Plaintiff's Motion to Remand, and in support of which would show the following:

On or about July 7, 2005, Plaintiff filed this action in the Circuit Court of Macon County, Alabama. On or about August 8, 2005, Defendants filed a Notice of Removal based on fraudulent joinder. Consequently, the Removal is improperly based on diversity of citizenship. On or about August 15, 2005, Defendants AIG and AGC filed a Motion to Dismiss contending this Court lacks personal jurisdiction over these Defendants. Plaintiff has filed a Motion to Remand and Brief in Support of Motion to Remand contemporaneously with this Motion to Stay Defendants' Motion to Dismiss. In the interest of justice, the Plaintiff's motion for a stay on

**MOTION GRANTED**

SO ORDERED
THIS 30th DAY OF Aug, 2005
UNITED STATES DISTRICT JUDGE