IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARY COPE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:05cv751-A |
| | ) |
| AMERICAN INTERNATIONAL GROUP, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of Defendants' Motion for Additional Time to Respond to Plaintiff's Motion to Remand for the Purpose of Conducting Remand-Related Discovery (Doc. #19), filed by the Defendants on September 19, 2005, it is hereby ORDERED as follows:

1. The Plaintiff is given **until September 27, 2005**, to show cause, if any there be, why the motion should not be granted.

2. The requirement for Defendants to respond to the Plaintiff's Motion to Remand is STAYED pending resolution of this motion.

DONE this 20th day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE