IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARY COPE, | ) |
|       Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 3:05cv751-A |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) ) |
|       Defendants. | ) |

**ORDER**

Upon consideration of Defendants' Motion for Leave to File a Response (Doc. #23), the motion is GRANTED, and it is hereby

ORDERED that Defendants are given **until October 11, 2005**, to file their response.

DONE this 4th day of October, 2005.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE