IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MARY COPE, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 3:05-CV-00751
) SRW
AMERICAN INTERNATIONAL )
GROUP, INC.; et al. )
)
Defendants. )

COUNTY OF  CHEROKEE

STATE OF  GEORGIA

### AFFIDAVIT OF ROBERT S. RITTER

Robert S. Ritter, under oath, states as follows:

1. My name is Robert S. Ritter. The statements made in this declaration are based upon my own personal knowledge as more specifically set forth below and, if sworn as a witness, I could testify competently to them.

2. I serve as Director of Operations for the State of Alabama and an officer of American General Financial Services, Inc. ("American General"). Attached hereto as Exhibit 1 are true and correct copies of documents reflecting loan transactions between Plaintiff Mary Cope and American General, which were created and executed at the time of the loan transactions with Mary Cope. They have been maintained in the course of American General's regularly conducted business activity since those transactions, and it is the regular practice of American General to maintain such records.

FURTHER AFFIANT SAYETH NOT.

1393293

EXHIBIT
A

This the \_\_19th\_\_ day of September, 2005.

_____
Robert S. Ritter

SWORN TO AND SUBSCRIBED BEFORE ME, this the \_\_19th\_\_ day of September, 2005.

_____
NOTARY PUBLIC

My Commission Expires:

My Commission Expires August 11 2006