IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MARY COPE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-00751 |
| | ) |
| **AMERICAN INTERNATIONAL GROUP, INC.; et al.** | ) |
| | ) |
| **Defendants.** | ) |

## SUPPLEMENT TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

COME NOW Defendants American General Financial Services of Alabama, Inc. (improperly designated as American General Finance Inc. in the complaint) ("American General"), as successor to American General Finance, Inc., Merit Life Insurance Company, and Yosemite Insurance Company (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel, appearing specially so as to preserve any and all defenses available under Rule 12 of the Federal Rules of Civil procedure, and specifically preserving the right to seek arbitration pursuant to 9 U.S.C. § 1, *et seq.*, and hereby provide the following Supplement to Defendants' Opposition to Plaintiff's Motion to Remand.

Plaintiff commenced the present action on July 7, 2005 by filing a complaint in the Circuit Court of Macon County, Alabama. On or about August 8, 2005, Defendants removed the present action to this Court on diversity jurisdiction grounds under 28 U.S.C. § 1332(a). On or about August 29, 2005, Plaintiff filed a Motion to Remand, arguing against the existence of

1433221

diversity jurisdiction. On January 30, 2006, Defendants filed their Opposition to Plaintiff's Motion to Remand. Plaintiff's Motion to Remand remains pending before this Court.

Significantly on January 24, 2006, in another matter involving virtually identical claims against the Defendants, <u>American General Finance, Inc. v. Calvin Quarles, Jr. and Elsie Quarles</u>, Case No. CV-04-380 (Circuit Court of Lee County, Ala. January 24, 2006)(attached hereto as Exhibit "A"), the Honorable Judge John V. Denson, II granted the Counter-Defendants' Motion for Summary Judgment as to all counterclaims asserted by the Counter-Plaintiffs. In doing so, Judge Denson found that the Counter-Plaintiffs' claims related to the purchase of credit insurance and the consolidation of prior debt were both barred by the applicable statute of limitations and substantively meritless. Defendants respectfully request that this Court consider the ruling of Judge Denson as persuasive authority when assessing the fraudulent joinder of the Non-Diverse Defendants in the present action.

WHEREFORE, Defendants respectfully request that this Honorable Court deny Plaintiff's Motion to Remand.

                                                 Respectfully submitted,

                                               /s/ Matthew T. Mitchell
                                               Robert H. Rutherford (RUT002)
                                               David A. Elliott (ELL027)
                                               Matthew T. Mitchell (MIT050)

                                               Attorneys for Defendants

**OF COUNSEL:**

**BURR & FORMAN LLP**
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>February 1, 2006</u>, I electronically filed the foregoing Supplement to Defendants' Opposition to Plaintiff's Motion to Remand with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Jere L. Beasley, Thomas J. Methvin, C. Lance Gould, Thomas Julian Butler, Matthew T. Mitchell, Robert H. Rutherford, Jeffrey M. Grantham, and John Thomas Aquina Malatesta.

                                        /s/ Matthew T. Mitchell
                                        OF COUNSEL

1433221

3