IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARY COPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:05CV751-WHA |
| ) | |
| AMERICAN INTERNATIONAL ) | |
| GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the Memorandum Opinion entered on this day, it is hereby

ORDERED as follows:

1. The Motion for Additional Time to Respond to Plaintiff's Motion to Remand for the Purpose of Conducting Remand-Related Discovery (Doc. #19) is DENIED.

2. The Plaintiff's Motion to Remand (Doc. #13) is GRANTED and this cause is hereby REMANDED to the Circuit Court of Macon County, Alabama.

3. The clerk is DIRECTED to take all steps necessary to effect this remand.

Done this 9th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE